# *MaxiLeads*

Macaw, Inc - Business to Business Solutions, Agent
2920 Avenue R, Brooklyn, New York 11229
**Phone: (718) 645-2018 Ext 181; (800) 264-3898 Ext 181**
**Fax: (718) 228-5522; (800) 871-4211**
www.btobsolutions.net/maxileads

**Date: Monday, October 03, 2005**
**From: Ron Hillard**
**Attention: David Bowes and Karen Clement**
**Fax: (814) 455-8518            Client Number: J082902**

Welcome aboard!  We now have everything needed to start your faxing campaign, except payment.  We would like to remind you that we no longer take credit cards.  We accept payment by "Fax Check," which is the safest way to make payment long distance.

We do not deposit your payment until after we send your faxes. However, we do require a fax of your check before we begin your program.  As agreed, you pay only $288 for us sending 13,000 fax ads. To begin your program immediately, follow these simple instructions.

## STARTING YOUR CAMPAIGN:

* Write a $288 check payable to "Business to Business Solutions"
* In place of your signature write the word "Void"
* Write the "Client Number" (J082902) in the "memo field"
* Make a copy of this check
* Fax the check copy to (800) 871-4211
* Your bank will send you a signed receipt with your statement
* We will not deposit your payment until after we fax your ad
* Unless you tell us to wait, your campaign begins upon our receipt of your faxed check copy

