**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

CE Design Ltd.

                              Plaintiff,

v.                                                          Case No.: 1:07−cv−05456
                                                            Honorable Matthew F. Kennelly

Cy's Crab House North, Inc., et al.

                              Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 16, 2010:

        MINUTE entry before Honorable Matthew F. Kennelly:MOTION for summary judgment [204] is denied without prejudice as untimely. Status hearing held and continued to 3/10/2010 at 9:00 A.M. Jury Trial set for 9/13/2010 at 09:45 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.