# EXHIBIT K

## Caroline Abraham

| | |
|---|---|
| **From:** | Caroline Abraham [chayarochel@speakeasy.net] |
| **Sent:** | Tuesday, September 02, 2008 9:47 PM |
| **To:** | 'Ryan M. Kelly' |
| **Subject:** | RE: Meeting |

I have not been able to find anyone to help me locate the lists/transmission reports, so it looks as if there is nothing I can do about those.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, September 02, 2008 11:22 AM
**To:** Caroline Abraham
**Subject:** FW: Meeting


Thank you for the documents in Hansen. What is the status of locating the lists/transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Thursday, August 28, 2008 9:07 AM
**To:** 'Caroline Abraham'
**Subject:** RE: Meeting

I found another case which used B2B. Can you respond to this subpoena?

Also, have you been able to locate the lists/transmission reports in the other three cases?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 20, 2008 10:18 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

No, so far no luck. I might be able to ask someone else tomorrow if he can help.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]

11/2/2009

**Sent:** Wednesday, August 20, 2008 7:03 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Any luck finding any of the lists or transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, August 14, 2008 9:03 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I do have some documents, similar to the those in the other cases, but I doubt that I will have time to find all of them before Saturday night.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, August 14, 2008 3:25 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Here is the subpoena.  Please try to respond before our meeting on Sunday.  Thanks in advance.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 7:58 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I did not receive a subpoena about C&T Pizza, Inc.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 13, 2008 11:32 AM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Yes.  I will meet you there on Aug. 17th at 1:00 pm

Do you have any documents relating to C&T Pizza, Inc. (advertisement attached)?

11/2/2009

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 12:24 AM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I assume that is for this Sunday, August 17?
If that is correct, then I will be there.
With respect to that hard drive – I cannot find it.  It was probably thrown away a long time ago.
-Caroline Abraham

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, August 12, 2008 6:33 PM
**To:** chayarochel@speakeasy.net
**Subject:** FW: Meeting

Also, Do you still have the hard drive that crashed?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, August 12, 2008 5:09 PM
**To:** 'chayarochel@speakeasy.net'
**Subject:** Meeting

I would like to meet you at Esquire Court reporting at 1:00 pm at the following location:

Esquire Deposition Services
16 Court Street, Suite 1902
Brooklyn

Please confirm that you will be there.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

**From:** Ryan M. Kelly [rkelly@andersonwanca.com]
**Sent:** Tuesday, September 02, 2008 5:20 PM
**To:** Caroline Abraham
**Subject:** G.M. Sign v. Finish Thompson

Are you available for a deposition on either September 16th or 22nd in the morning?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, September 02, 2008 10:22 AM
**To:** 'Caroline Abraham'
**Subject:** FW: Meeting

Thank you for the documents in Hansen.  What is the status of locating the lists/transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Thursday, August 28, 2008 9:07 AM
**To:** 'Caroline Abraham'
**Subject:** RE: Meeting

I found another case which used B2B.  Can you respond to this subpoena?

Also, have you been able to locate the lists/transmission reports in the other three cases?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 20, 2008 10:18 PM

11/1/2009

**To:** Ryan M. Kelly
**Subject:** RE: Meeting

No, so far no luck. I might be able to ask someone else tomorrow if he can help.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 20, 2008 7:03 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Any luck finding any of the lists or transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, August 14, 2008 9:03 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I do have some documents, similar to the those in the other cases, but I doubt that I will have time to find all of them before Saturday night.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, August 14, 2008 3:25 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Here is the subpoena. Please try to respond before our meeting on Sunday. Thanks in advance.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 7:58 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I did not receive a subpoena about C&T Pizza, Inc.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 13, 2008 11:32 AM
**To:** Caroline Abraham

11/1/2009

3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

| | |
|---|---|
| **From:** | Caroline Abraham [chayarochel@speakeasy.net] |
| **Sent:** | Tuesday, September 02, 2008 9:52 PM |
| **To:** | 'Ryan M. Kelly' |
| **Subject:** | RE: G.M. Sign v. Finish Thompson |

Those are both work days. I would rather not miss work, but if I have to go I will. A Sunday would be better. If it has to be a week day, I would prefer as early as possible, please.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, September 02, 2008 5:20 PM
**To:** Caroline Abraham
**Subject:** G.M. Sign v. Finish Thompson

Are you available for a deposition on either September 16th or 22nd in the morning?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, September 02, 2008 10:22 AM
**To:** 'Caroline Abraham'
**Subject:** FW: Meeting

Thank you for the documents in Hansen. What is the status of locating the lists/transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Thursday, August 28, 2008 9:07 AM
**To:** 'Caroline Abraham'
**Subject:** RE: Meeting

I found another case which used B2B. Can you respond to this subpoena?

Also, have you been able to locate the lists/transmission reports in the other three cases?

Ryan M. Kelly
Anderson + Wanca

3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 20, 2008 10:18 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

No, so far no luck.  I might be able to ask someone else tomorrow if he can help.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 20, 2008 7:03 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Any luck finding any of the lists or transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, August 14, 2008 9:03 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I do have some documents, similar to the those in the other cases, but I doubt that I will have time to find all of them before Saturday night.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, August 14, 2008 3:25 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Here is the subpoena.  Please try to respond before our meeting on Sunday.  Thanks in advance.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 7:58 PM

11/2/2009

**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I did not receive a subpoena about C&T Pizza, Inc.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 13, 2008 11:32 AM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Yes. I will meet you there on Aug. 17th at 1:00 pm

Do you have any documents relating to C&T Pizza, Inc. (advertisement attached)?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 12:24 AM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I assume that is for this Sunday, August 17?
If that is correct, then I will be there.
With respect to that hard drive – I cannot find it.  It was probably thrown away a long time ago.
-Caroline Abraham

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, August 12, 2008 6:33 PM
**To:** chayarochel@speakeasy.net
**Subject:** FW: Meeting

Also. Do you still have the hard drive that crashed?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, August 12, 2008 5:09 PM
**To:** 'chayarochel@speakeasy.net'
**Subject:** Meeting

I would like to meet you at Esquire Court reporting at 1:00 pm at the following location:

11/2/2009

Esquire Deposition Services
16 Court Street, Suite 1902
Brooklyn

Please confirm that you will be there.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

| | |
|---|---|
| **From:** | Ryan M. Kelly [rkelly@andersonwanca.com] |
| **Sent:** | Wednesday, September 03, 2008 11:39 AM |
| **To:** | Caroline Abraham |
| **Subject:** | RE: G.M. Sign v. Finish Thompson |

The other attorney will not agree to Sunday.  We have available September 16th at 9:00 at the following location:

Diamond Reporting
16 Court Street, Suite 907
Brooklyn, NY 11241

Please confirm that you will attend.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Tuesday, September 02, 2008 8:52 PM
**To:** Ryan M. Kelly
**Subject:** RE: G.M. Sign v. Finish Thompson

Those are both work days.  I would rather not miss work, but if I have to go I will.  A Sunday would be better.  If it has to be a week day, I would prefer as early as possible, please.

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, September 02, 2008 5:20 PM
**To:** Caroline Abraham
**Subject:** G.M. Sign v. Finish Thompson

Are you available for a deposition on either September 16th or 22nd in the morning?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, September 02, 2008 10:22 AM
**To:** 'Caroline Abraham'
**Subject:** FW: Meeting

11/1/2009

Thank you for the documents in Hansen.  What is the status of locating the lists/transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Thursday, August 28, 2008 9:07 AM
**To:** 'Caroline Abraham'
**Subject:** RE: Meeting

I found another case which used B2B.  Can you respond to this subpoena?

Also, have you been able to locate the lists/transmission reports in the other three cases?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 20, 2008 10:18 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

No, so far no luck.  I might be able to ask someone else tomorrow if he can help.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 20, 2008 7:03 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Any luck finding any of the lists or transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, August 14, 2008 9:03 PM
**To:** Ryan M. Kelly

**Subject:** RE: Meeting

I do have some documents, similar to the those in the other cases, but I doubt that I will have time to find all of them before Saturday night.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, August 14, 2008 3:25 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Here is the subpoena. Please try to respond before our meeting on Sunday. Thanks in advance.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 7:58 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I did not receive a subpoena about C&T Pizza, Inc.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 13, 2008 11:32 AM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Yes. I will meet you there on Aug. 17th at 1:00 pm

Do you have any documents relating to C&T Pizza, Inc. (advertisement attached)?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 12:24 AM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I assume that is for this Sunday, August 17?
If that is correct, then I will be there.
With respect to that hard drive – I cannot find it. It was probably thrown away a long time ago.
-Caroline Abraham

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, August 12, 2008 6:33 PM
**To:** chayarochel@speakeasy.net
**Subject:** FW: Meeting

Also, Do you still have the hard drive that crashed?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, August 12, 2008 5:09 PM
**To:** 'chayarochel@speakeasy.net'
**Subject:** Meeting

I would like to meet you at Esquire Court reporting at 1:00 pm at the following location:

Esquire Deposition Services
16 Court Street, Suite 1902
Brooklyn

Please confirm that you will be there.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

| | |
|---|---|
| **From:** | Caroline Abraham [chayarochel@speakeasy.net] |
| **Sent:** | Wednesday, September 03, 2008 11:24 PM |
| **To:** | 'Ryan M. Kelly' |
| **Subject:** | RE: G.M. Sign v. Finish Thompson |

Ok, confirmed.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, September 03, 2008 11:39 AM
**To:** Caroline Abraham
**Subject:** RE: G.M. Sign v. Finish Thompson

The other attorney will not agree to Sunday.  We have available September 16th at 9:00 at the following location:

Diamond Reporting
16 Court Street. Suite 907
Brooklyn. NY 11241

Please confirm that you will attend.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd.. Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Tuesday, September 02, 2008 8:52 PM
**To:** Ryan M. Kelly
**Subject:** RE: G.M. Sign v. Finish Thompson

Those are both work days.  I would rather not miss work, but if I have to go I will.  A Sunday would be better.  If it has to be a week day, I would prefer as early as possible, please.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, September 02, 2008 5:20 PM
**To:** Caroline Abraham
**Subject:** G.M. Sign v. Finish Thompson

Are you available for a deposition on either September 16th or 22nd in the morning?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd.. Suite 760
Rolling Meadows. IL 60008
(847) 368-1500 ph
(847) 368-1501 fax

rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, September 02, 2008 10:22 AM
**To:** 'Caroline Abraham'
**Subject:** FW: Meeting

Thank you for the documents in Hansen. What is the status of locating the lists/transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Thursday, August 28, 2008 9:07 AM
**To:** 'Caroline Abraham'
**Subject:** RE: Meeting

I found another case which used B2B. Can you respond to this subpoena?

Also, have you been able to locate the lists/transmission reports in the other three cases?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 20, 2008 10:18 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

No, so far no luck. I might be able to ask someone else tomorrow if he can help.

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 20, 2008 7:03 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Any luck finding any of the lists or transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph

11/2/2009

(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, August 14, 2008 9:03 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I do have some documents, similar to the those in the other cases, but I doubt that I will have time to find all of them before Saturday night.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, August 14, 2008 3:25 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Here is the subpoena. Please try to respond before our meeting on Sunday. Thanks in advance.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 7:58 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I did not receive a subpoena about C&T Pizza, Inc.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 13, 2008 11:32 AM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Yes. I will meet you there on Aug. 17th at 1:00 pm

Do you have any documents relating to C&T Pizza, Inc. (advertisement attached)?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 12:24 AM
**To:** Ryan M. Kelly

11/2/2009

**Subject:** RE: Meeting

I assume that is for this Sunday, August 17?
If that is correct, then I will be there.
With respect to that hard drive – I cannot find it.  It was probably thrown away a long time ago.
-Caroline Abraham

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, August 12, 2008 6:33 PM
**To:** chayarochel@speakeasy.net
**Subject:** FW: Meeting

Also. Do you still have the hard drive that crashed?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, August 12, 2008 5:09 PM
**To:** 'chayarochel@speakeasy.net'
**Subject:** Meeting

I would like to meet you at Esquire Court reporting at 1:00 pm at the following location:

Esquire Deposition Services
16 Court Street, Suite 1902
Brooklyn

Please confirm that you will be there.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

| | |
|---|---|
| **From:** | Ryan M. Kelly [rkelly@andersonwanca.com] |
| **Sent:** | Wednesday, September 03, 2008 5:00 PM |
| **To:** | Caroline Abraham |
| **Subject:** | FW: G.M. Sign v. Finish Thompson |

I'm also trying to schedule the other three deps that morning, so let me know that you are available.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Wednesday, September 03, 2008 10:39 AM
**To:** 'Caroline Abraham'
**Subject:** RE: G.M. Sign v. Finish Thompson

The other attorney will not agree to Sunday. We have available September 16th at 9:00 at the following location:

Diamond Reporting
16 Court Street, Suite 907
Brooklyn, NY 11241

Please confirm that you will attend.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Tuesday, September 02, 2008 8:52 PM
**To:** Ryan M. Kelly
**Subject:** RE: G.M. Sign v. Finish Thompson

Those are both work days. I would rather not miss work, but if I have to go I will. A Sunday would be better. If it has to be a week day, I would prefer as early as possible, please.

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, September 02, 2008 5:20 PM
**To:** Caroline Abraham
**Subject:** G.M. Sign v. Finish Thompson

11/1/2009

Are you available for a deposition on either September 16th or 22nd in the morning?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, September 02, 2008 10:22 AM
**To:** 'Caroline Abraham'
**Subject:** FW: Meeting


Thank you for the documents in Hansen.  What is the status of locating the lists/transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Thursday, August 28, 2008 9:07 AM
**To:** 'Caroline Abraham'
**Subject:** RE: Meeting

I found another case which used B2B.  Can you respond to this subpoena?

Also, have you been able to locate the lists/transmission reports in the other three cases?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 20, 2008 10:18 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

No, so far no luck.  I might be able to ask someone else tomorrow if he can help.

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 20, 2008 7:03 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Any luck finding any of the lists or transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, August 14, 2008 9:03 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I do have some documents, similar to the those in the other cases, but I doubt that I will have time to find all of them before Saturday night.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, August 14, 2008 3:25 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Here is the subpoena.  Please try to respond before our meeting on Sunday.   Thanks in advance.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 7:58 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I did not receive a subpoena about C&T Pizza, Inc.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 13, 2008 11:32 AM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Yes.  I will meet you there on Aug. 17th at 1:00 pm

Do you have any documents relating to C&T Pizza, Inc. (advertisement attached)?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760

Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 12:24 AM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I assume that is for this Sunday, August 17?
If that is correct, then I will be there.
With respect to that hard drive – I cannot find it.  It was probably thrown away a long time ago.
-Caroline Abraham

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, August 12, 2008 6:33 PM
**To:** chayarochel@speakeasy.net
**Subject:** FW: Meeting

Also, Do you still have the hard drive that crashed?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, August 12, 2008 5:09 PM
**To:** 'chayarochel@speakeasy.net'
**Subject:** Meeting

I would like to meet you at Esquire Court reporting at 1:00 pm at the following location:

Esquire Deposition Services
16 Court Street, Suite 1902
Brooklyn

Please confirm that you will be there.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

11/1/2009

## Caroline Abraham

| | |
|---|---|
| **From:** | Ryan M. Kelly [rkelly@andersonwanca.com] |
| **Sent:** | Monday, October 06, 2008 11:36 AM |
| **To:** | Caroline Abraham |
| **Subject:** | CE Design v. C&T Pizza |

Opposing counsel now wants to do the deposition on November 2nd at 10:30 am.  Are you available?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Friday, October 03, 2008 3:13 PM
**To:** 'Caroline Abraham'
**Subject:** RE: Correction FW: G.M. Sign v. Finish Thompson

Please confirm your deposition for October 19th at 10:30 am at the same place (Diamond Reporting).

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, September 14, 2008 11:46 PM
**To:** Ryan M. Kelly
**Subject:** Correction FW: G.M. Sign v. Finish Thompson

I am sorry I got confused.  Somehow I had in mind that we already meeting on the 15th, and then the 16th would be a second day.  Now in preparing for the morning I finally realized that there is nothing planned for the 15th, and everything is on the 16th, which is fine.  This is not to say that I am happy about missing work on Tuesday, and I still do not know what I will do about the meeting scheduled on the 16th, but I am happy at least to find out that I will not have to miss work on Monday.

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Saturday, September 13, 2008 9:48 PM
**To:** 'Ryan M. Kelly'
**Subject:** RE: G.M. Sign v. Finish Thompson

I just saw this email now.  You should know that this is impossible for me with my job.  We are in the middle of a very important project now, and I am one of the key participants and cannot afford to miss parts of two days in a

row. Also I have an important meeting scheduled at work on the 16th. Isn't there any way you can do this last case before or after the others on the 15th, or else on Sunday the 21st?

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, September 11, 2008 8:39 AM
**To:** Caroline Abraham
**Subject:** RE: G.M. Sign v. Finish Thompson

The 14th has been cancelled. Therefore, I will meet you on the 16th at 9:00 am. If you want to discuss with me the list/transmission report issue, please call me on my cell (847) 341-6998.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, September 04, 2008 6:11 PM
**To:** Ryan M. Kelly
**Subject:** RE: G.M. Sign v. Finish Thompson

Yes, the 14th is good. Thank you.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, September 04, 2008 4:35 PM
**To:** Caroline Abraham
**Subject:** RE: G.M. Sign v. Finish Thompson

Ok. We have 3 depositions scheduled for Sept. 16th. The other one is scheduled at the same location on Sunday, Sept. 14th at 11:00 am. Can you make the one on the 14th?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, September 03, 2008 10:25 PM
**To:** Ryan M. Kelly
**Subject:** RE: G.M. Sign v. Finish Thompson

Good, thank you, I would appreciate not having to miss work any more times.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, September 03, 2008 5:00 PM
**To:** Caroline Abraham

11/1/2009

**Subject:** FW: G.M. Sign v. Finish Thompson

I'm also trying to schedule the other three deps that morning, so let me know that you are available.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Wednesday, September 03, 2008 10:39 AM
**To:** 'Caroline Abraham'
**Subject:** RE: G.M. Sign v. Finish Thompson

The other attorney will not agree to Sunday.  We have available September 16th at 9:00 at the following location:

Diamond Reporting
16 Court Street, Suite 907
Brooklyn, NY 11241

Please confirm that you will attend.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Tuesday, September 02, 2008 8:52 PM
**To:** Ryan M. Kelly
**Subject:** RE: G.M. Sign v. Finish Thompson

Those are both work days.  I would rather not miss work, but if I have to go I will.  A Sunday would be better.  If it has to be a week day, I would prefer as early as possible, please.

--------------------------------------------------------------------------------

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, September 02, 2008 5:20 PM
**To:** Caroline Abraham
**Subject:** G.M. Sign v. Finish Thompson

Are you available for a deposition on either September 16th or 22nd in the morning?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph

(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, September 02, 2008 10:22 AM
**To:** 'Caroline Abraham'
**Subject:** FW: Meeting

Thank you for the documents in Hansen.  What is the status of locating the lists/transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Thursday, August 28, 2008 9:07 AM
**To:** 'Caroline Abraham'
**Subject:** RE: Meeting

I found another case which used B2B.  Can you respond to this subpoena?

Also, have you been able to locate the lists/transmission reports in the other three cases?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 20, 2008 10:18 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

No, so far no luck.  I might be able to ask someone else tomorrow if he can help.

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 20, 2008 7:03 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Any luck finding any of the lists or transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008

11/1/2009

(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, August 14, 2008 9:03 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I do have some documents, similar to the those in the other cases, but I doubt that I will have time to find all of them before Saturday night.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, August 14, 2008 3:25 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Here is the subpoena.  Please try to respond before our meeting on Sunday.  Thanks in advance.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 7:58 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I did not receive a subpoena about C&T Pizza, Inc.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 13, 2008 11:32 AM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Yes.  I will meet you there on Aug. 17th at 1:00 pm

Do you have any documents relating to C&T Pizza, Inc. (advertisement attached)?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows. IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 12:24 AM

11/1/2009

**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I assume that is for this Sunday, August 17?
If that is correct, then I will be there.
With respect to that hard drive – I cannot find it.  It was probably thrown away a long time ago.
-Caroline Abraham

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, August 12, 2008 6:33 PM
**To:** chayarochel@speakeasy.net
**Subject:** FW: Meeting

Also, Do you still have the hard drive that crashed?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, August 12, 2008 5:09 PM
**To:** 'chayarochel@speakeasy.net'
**Subject:** Meeting

I would like to meet you at Esquire Court reporting at 1:00 pm at the following location:

Esquire Deposition Services
16 Court Street, Suite 1902
Brooklyn

Please confirm that you will be there.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

**From:** Ryan M. Kelly [rkelly@andersonwanca.com]
**Sent:** Monday, October 06, 2008 3:52 PM
**To:** Caroline Abraham
**Cc:** Brian J. Wanca
**Subject:** Request for documents

As you know, on September 16, 2008, three depositions took place wherein requests for documents and other information were made by the parties.  You were asked to obtain the following information:

1)   All telephone and billing records for Business to Business Solutions
2)   The name, address, and telephone number of Martha Escobar's printing business in Baldwin Hills, California
3)   The address of the "Rutland location" where the computers were stored
4)   The address of the "Wilshire Blvd. location" where the computers were stored
5)   The last known address and e-mail address for Ron Hillard
6)   The last known address, phone number, and e-mail address for Kevin Wilson
7)   The e-mail address for Christina Page
8)   The phone number of Kevin Wilson's parents' house


Please provide these documents and information as soon as possible.


Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

**From:** Ryan M. Kelly [rkelly@andersonwanca.com]
**Sent:** Wednesday, October 08, 2008 4:20 PM
**To:** Caroline Abraham
**Subject:** FW: CE Design v. C&T Pizza

I have not heard from you. Please respond. I have a very impatient judge that wants this discovery to be completed as soon as possible.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Monday, October 06, 2008 10:36 AM
**To:** 'Caroline Abraham'
**Subject:** CE Design v. C&T Pizza

Opposing counsel now wants to do the deposition on November 2nd at 10:30 am. Are you available?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Friday, October 03, 2008 3:13 PM
**To:** 'Caroline Abraham'
**Subject:** RE: Correction FW: G.M. Sign v. Finish Thompson

Please confirm your deposition for October 19th at 10:30 am at the same place (Diamond Reporting).

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, September 14, 2008 11:46 PM
**To:** Ryan M. Kelly
**Subject:** Correction FW: G.M. Sign v. Finish Thompson

11/1/2009

I am sorry I got confused. Somehow I had in mind that we already meeting on the 15th, and then the 16th would be a second day. Now in preparing for the morning I finally realized that there is nothing planned for the 15th, and everything is on the 16th, which is fine. This is not to say that I am happy about missing work on Tuesday, and I still do not know what I will do about the meeting scheduled on the 16th, but I am happy at least to find out that I will not have to miss work on Monday.

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Saturday, September 13, 2008 9:48 PM
**To:** 'Ryan M. Kelly'
**Subject:** RE: G.M. Sign v. Finish Thompson

I just saw this email now. You should know that this is impossible for me with my job. We are in the middle of a very important project now, and I am one of the key participants and cannot afford to miss parts of two days in a row. Also I have an important meeting scheduled at work on the 16th. Isn't there any way you can do this last case before or after the others on the 15th, or else on Sunday the 21st?

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, September 11, 2008 8:39 AM
**To:** Caroline Abraham
**Subject:** RE: G.M. Sign v. Finish Thompson

The 14th has been cancelled. Therefore, I will meet you on the 16th at 9:00 am. If you want to discuss with me the list/transmission report issue, please call me on my cell (847) 341-6998.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, September 04, 2008 6:11 PM
**To:** Ryan M. Kelly
**Subject:** RE: G.M. Sign v. Finish Thompson

Yes, the 14th is good. Thank you.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, September 04, 2008 4:35 PM
**To:** Caroline Abraham
**Subject:** RE: G.M. Sign v. Finish Thompson

Ok. We have 3 depositions scheduled for Sept. 16th. The other one is scheduled at the same location on Sunday, Sept. 14th at 11:00 am. Can you make the one on the 14th?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760

Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, September 03, 2008 10:25 PM
**To:** Ryan M. Kelly
**Subject:** RE: G.M. Sign v. Finish Thompson

Good, thank you, I would appreciate not having to miss work any more times.

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, September 03, 2008 5:00 PM
**To:** Caroline Abraham
**Subject:** FW: G.M. Sign v. Finish Thompson

I'm also trying to schedule the other three deps that morning, so let me know that you are available.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Wednesday, September 03, 2008 10:39 AM
**To:** 'Caroline Abraham'
**Subject:** RE: G.M. Sign v. Finish Thompson

The other attorney will not agree to Sunday.  We have available September 16th at 9:00 at the following location:

Diamond Reporting
16 Court Street, Suite 907
Brooklyn, NY 11241

Please confirm that you will attend.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Tuesday, September 02, 2008 8:52 PM
**To:** Ryan M. Kelly
**Subject:** RE: G.M. Sign v. Finish Thompson

11/1/2009

Those are both work days.  I would rather not miss work, but if I have to go I will.  A Sunday would be better.  If it has to be a week day, I would prefer as early as possible, please.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, September 02, 2008 5:20 PM
**To:** Caroline Abraham
**Subject:** G.M. Sign v. Finish Thompson

Are you available for a deposition on either September 16th or 22nd in the morning?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, September 02, 2008 10:22 AM
**To:** 'Caroline Abraham'
**Subject:** FW: Meeting

Thank you for the documents in Hansen.  What is the status of locating the lists/transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Thursday, August 28, 2008 9:07 AM
**To:** 'Caroline Abraham'
**Subject:** RE: Meeting

I found another case which used B2B.  Can you respond to this subpoena?

Also, have you been able to locate the lists/transmission reports in the other three cases?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 20, 2008 10:18 PM
**To:** Ryan M. Kelly

**Subject:** RE: Meeting

No, so far no luck.  I might be able to ask someone else tomorrow if he can help.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 20, 2008 7:03 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Any luck finding any of the lists or transmission reports?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Thursday, August 14, 2008 9:03 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I do have some documents, similar to the those in the other cases, but I doubt that I will have time to find all of them before Saturday night.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Thursday, August 14, 2008 3:25 PM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Here is the subpoena.  Please try to respond before our meeting on Sunday.   Thanks in advance.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 7:58 PM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I did not receive a subpoena about C&T Pizza, Inc.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Wednesday, August 13, 2008 11:32 AM
**To:** Caroline Abraham
**Subject:** RE: Meeting

Yes.  I will meet you there on Aug. 17th at 1:00 pm

Do you have any documents relating to C&T Pizza, Inc. (advertisement attached)?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Wednesday, August 13, 2008 12:24 AM
**To:** Ryan M. Kelly
**Subject:** RE: Meeting

I assume that is for this Sunday, August 17?
If that is correct, then I will be there.
With respect to that hard drive – I cannot find it.  It was probably thrown away a long time ago.
-Caroline Abraham

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Tuesday, August 12, 2008 6:33 PM
**To:** chayarochel@speakeasy.net
**Subject:** FW: Meeting

Also, Do you still have the hard drive that crashed?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Tuesday, August 12, 2008 5:09 PM
**To:** 'chayarochel@speakeasy.net'
**Subject:** Meeting

I would like to meet you at Esquire Court reporting at 1:00 pm at the following location:

Esquire Deposition Services
16 Court Street, Suite 1902
Brooklyn

Please confirm that you will be there.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760

11/1/2009

Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

**From:** Ryan M. Kelly [rkelly@andersonwanca.com]
**Sent:** Wednesday, October 08, 2008 4:21 PM
**To:** Caroline Abraham
**Subject:** FW: Request for documents

I have a very impatient judge and he wants these documents retrieved as soon as possible.  When can I expect them?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Monday, October 06, 2008 2:52 PM
**To:** 'Caroline Abraham'
**Cc:** Brian J. Wanca
**Subject:** Request for documents

As you know, on September 16, 2008, three depositions took place wherein requests for documents and other information were made by the parties.  You were asked to obtain the following information:

1) All telephone and billing records for Business to Business Solutions
2) The name, address, and telephone number of Martha Escobar's printing business in Baldwin Hills, California
3) The address of the "Rutland location" where the computers were stored
4) The address of the "Wilshire Blvd. location" where the computers were stored
5) The last known address and e-mail address for Ron Hillard
6) The last known address, phone number, and e-mail address for Kevin Wilson
7) The e-mail address for Christina Page
8) The phone number of Kevin Wilson's parents' house

Please provide these documents and information as soon as possible.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

| | |
|---|---|
| **From:** | Ryan M. Kelly [rkelly@andersonwanca.com] |
| **Sent:** | Thursday, October 23, 2008 6:12 PM |
| **To:** | Caroline Abraham |
| **Subject:** | FW: Request for documents |

I've authorized our local counsel to file and serve the Rule to Show Cause. All we want are the documents. Please contact me.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Monday, October 20, 2008 4:55 PM
**To:** 'Caroline Abraham'
**Subject:** FW: Request for documents

The Rule to Show Cause will be filed tomorrow if I don't hear from you. Please let me know when we can expect the documents and when you can make yourself available for the C&T Pizza deposition?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Monday, October 13, 2008 3:02 PM
**To:** 'Caroline Abraham'
**Subject:** FW: Request for documents

The parties are considering filing a Rule To Show Cause against you. This will require you to explain to the judge why you haven't retrieved the documents requested. Please let me know when I can expect the documents.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly

11/1/2009

**Sent:** Wednesday, October 08, 2008 3:21 PM
**To:** 'Caroline Abraham'
**Subject:** FW: Request for documents

I have a very impatient judge and he wants these documents retrieved as soon as possible.  When can I expect them?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Monday, October 06, 2008 2:52 PM
**To:** 'Caroline Abraham'
**Cc:** Brian J. Wanca
**Subject:** Request for documents

As you know, on September 16, 2008, three depositions took place wherein requests for documents and other information were made by the parties.  You were asked to obtain the following information:

1) All telephone and billing records for Business to Business Solutions
2) The name, address, and telephone number of Martha Escobar's printing business in Baldwin Hills, California
3) The address of the "Rutland location" where the computers were stored
4) The address of the "Wilshire Blvd. location" where the computers were stored
5) The last known address and e-mail address for Ron Hillard
6) The last known address, phone number, and e-mail address for Kevin Wilson
7) The e-mail address for Christina Page
8) The phone number of Kevin Wilson's parents' house

Please provide these documents and information as soon as possible.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

11/1/2009

**Caroline Abraham**

| | |
|---|---|
| **From:** | Ryan M. Kelly [rkelly@andersonwanca.com] |
| **Sent:** | Tuesday, November 11, 2008 4:16 PM |
| **To:** | Caroline Abraham |
| **Subject:** | Rule to Show Cause |
| **Attachments:** | Rule to Show Cause.doc |

This is a draft that will be given to the judge in Brooklyn, NY.  Your cooperation would be appreciated in this matter.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

G. M. SIGN, INC., an Illinois corporation,      )
individually and as the representative of a class  )
of similarly-situated persons,              )
                                         )
                      Plaintiff,       )
                                         )
        v.                       )   No. 07 C 5953
                                         )
FINISH THOMPSON, INC.,           )   Judge Kendall
                                       )
                    Defendant.    )

### PETITION FOR RULE TO SHOW CAUSE

NOW COMES the Plaintiff, G.M. SIGN, INC., by and through its attorneys, and moves pursuant to Rule 45(e) that a Rule to Show Cause be issued against Caroline Abraham, and in support thereof, states as follows:

1.      On August 16, 2007, Plaintiff filed a class action lawsuit in the Circuit Court of Lake County, Illinois on behalf of all persons to which Defendant sent advertisements by fax without the recipients' prior express permission or invitation, alleging violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. A true and correct copy of the Class Action Complaint is attached hereto as Exhibit A.

2.      On October 22, 2007, Defendant filed its Notice of Removal to the United States District Court for the Northern District of Illinois, Eastern Division as of right pursuant to 28 U.S.C. § 1332(d)(2).

3.      Discovery in this case has revealed that Defendant created a form advertisement and hired Business to Business Solutions, owned by Caroline Abraham ("Abraham"), to fax the advertisements to businesses without first getting their permission.

4.      On or about July 9, 2008, Plaintiff's counsel served a subpoena for records and deposition to Abraham's residential address in Brooklyn, NY. A true and correct copy of the subpoena for records and deposition is attached hereto as Exhibit B.

5.      Abraham, as owner of Business to Business Solutions, responded to the subpoena by producing certain documents, but not all documents, responsive to the Rider attached to the subpoena.

6.      On September 16, 2008, Abraham's deposition proceeded in Brooklyn, NY. A copy of the Abraham transcript is attached hereto as Exhibit C. At deposition, Abraham was asked questions regarding documents requested in the subpoena for records:

Q:      Do you have records concerning the phone lines, 20 or 30, that you maintained back at the time these faxes were allegedly sent?
A:      **I don't know. I'd have to search through old phone lines and figure it out.**

Q:      Can you tell me the phone numbers of the lines that you used in connection with this Business to Business fax?
A:      **There were many of them. I don't remember them. I have old phone bills. Maybe I could dig them up.**

Q:      If I asked you what phone company you used to have these faxes sent out in October 2005, what would your answer be?
A:      **I'd have to look through bank records, my file cabinet.**

Q:      **Can you find the numbers that you were using in October of '05 by finding the payment of the bill, whether on-line or by check, that you received after the time that these faxes were sent out?**
A:      **It's very likely.**

Q:      And you agreed that as part of your responsibilities in this subpoena in this proceeding that you will go home and take reasonable steps to find out what records you have and to reveal them to [the parties]?
A:      **Yes, reasonable, yes.**

Q:      That you are under the requirement of our request in this process through this subpoena —
A:      **I understand.**

Q:      -- to search for what records you have, and be able to tell us what you got, and what you're going to get or how we're going to have to get it; okay?
A:      **Correct.**

pg. 48, lines 10-15; pgs. 61-62, lines 22-25, 1-2; pg. 63, lines 1-12; pgs. 70-71, lines 20-25, 1-3; pg. 79, lines 16-22; pg. 80, lines 11-19.

7.      On three separate occasions in October 2008, Plaintiff's counsel, Ryan M. Kelly, contacted Abraham through e-mail asking that she fully comply with the subpoena for records. A true and correct copy of the e-mails is attached hereto as Exhibit D. Also, Plaintiff's counsel has attempted to contact Abraham by telephone, but Abraham has refused to answer or call back.

8.     To date, all communications have been ignored, and no documents subsequent to the deposition have been produced by Abraham, nor has Abraham informed the parties that she is not in custody or control of the requested documents.

9.     Plaintiff requests that this Court enter an order requiring Abraham to appear in court and show cause as to why she should not be held in contempt for refusing to fully comply with the subpoena for records. Plaintiff requests that Abraham produce all documents and provide all information regarding the requests made by Plaintiff's counsel in the e-mail dated October 6, 2008. (Exhibit D).

10.     The documents are relevant and necessary as the telephone records, and other documents, will show to whom the faxes were sent. This information is relevant for Plaintiff to establish numerosity and damages in the pending litigation.

WHEREFORE, Plaintiff, G.M. SIGN, INC., prays that this Court enter an order requiring Caroline Abraham to appear in court and show cause why she should not be held in contempt for refusing to fully comply with the subpoena for records, and for any other relief this Court deems just in the premises.

Respectfully submitted,

G.M. SIGN, INC., individually and as the representative of a class of similarly-situated persons

By:     s/Ryan M. Kelly
One of Plaintiff's Attorneys

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle St., Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

STATE OF ILLINOIS      )
                       ) ss
COUNTY OF COOK         )

## VERIFICATION

I, Ryan M. Kelly, being first duly sworn on oath, depose and state that I am Plaintiff's attorney in the above-captioned matter, that I have read the foregoing Rule to Show Cause and find that the statements stated therein are true and correct, except to those matters alleged on information and belief which, to the best of my knowledge, information and belief, are true and correct.

s/Ryan M. Kelly
Ryan M. Kelly

SUBSCRIBED and SWORN to before
me this 11th day of November, 2008.

s/Tina L. Natali
Notary Public

**Caroline Abraham**

**From:** Ryan M. Kelly [rkelly@andersonwanca.com]
**Sent:** Monday, November 24, 2008 4:26 PM
**To:** Caroline Abraham
**Subject:** CE Design v. C&T Pizza

I would like to schedule your deposition in the this case.  Are you available on December 14th at 1:00 pm at the same location?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

**From:**  Ryan M. Kelly [rkelly@andersonwanca.com]
**Sent:**  Monday, November 24, 2008 4:31 PM
**To:**  Caroline Abraham
**Subject:** FW: CE Design v. C&T Pizza

12/14 is not good.  How about 12/28?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Monday, November 24, 2008 3:26 PM
**To:** 'Caroline Abraham'
**Subject:** CE Design v. C&T Pizza

I would like to schedule your deposition in the this case.  Are you available on December 14th at 1:00 pm at the same location?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

11/1/2009

## Caroline Abraham

**From:**   Caroline Abraham [chayarochel@speakeasy.net]
**Sent:**   Monday, November 24, 2008 8:46 PM
**To:**   'Ryan M. Kelly'
**Subject:** RE: CE Design v. C&T Pizza

I believe 12/28 should be ok.

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Monday, November 24, 2008 4:31 PM
**To:** Caroline Abraham
**Subject:** FW: CE Design v. C&T Pizza

12/14 is not good. How about 12/28?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Monday, November 24, 2008 3:26 PM
**To:** 'Caroline Abraham'
**Subject:** CE Design v. C&T Pizza

I would like to schedule your deposition in the this case. Are you available on December 14th at 1:00 pm at the same location?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

| | |
|---|---|
| **From:** | David Paul [dpaul@leaderberkon.com] |
| **Sent:** | Tuesday, November 25, 2008 12:58 PM |
| **To:** | chayarochel@speakeasy.net |
| **Cc:** | Ryan M. Kelly |
| **Subject:** | RE: GM SIGN INC. v. FINISH THOMPSON INC. |
| **Attachments:** | Authorization to Release Phone Records (LB011742).DOC |

Caroline – attached is a copy of the authorization for release of telephone records for the phone carriers used by Business to Business Solutions. Since there were 4 carriers during the time period at issue, please sign 4 copies of this document and send them to me. As I said on the phone, I will make sure you get a copy of the final order that gets filed today. Thank you for your cooperation.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

11/10/2009

## AUTHORIZATION TO RELEASE TELEPHONE RECORDS

TO: _____

FROM: Caroline Abraham – Business to Business Solutions

DATE: _____

I, the undersigned, _____, am the sole owner of Business to Business Solutions.

1.  As sole owner of Business to Business Solutions, I have the authority to sign this authorization and release telephone records for the years 2002 through 2006 from its service provider.

2.  The telephone records are pertinent to fax transmissions at issue in *G.M. Sign, Inc. v. Finish Thompson, Inc.*, Case No. 07 CV 5953, pending in the Northern District of Illinois, Eastern Division.

3.  You are hereby authorized to furnish and release to Ryan M. Kelly of Anderson & Wanca, 3701 Algonquin Road, Suite 760, Rolling Meadows, IL 60008, any and all unedited or written telephone records detailing numbers to which calls were made and received from 2002 to 2006.

You are requested to provide the call detail records in electronic format if available; if not, printed on paper without watermarks.

The foregoing authorization shall continue in force until revoked by me in writing. A photocopy of this authorization shall be as effective as one bearing the original signature.

_____