## Caroline Abraham

| | |
|---|---|
| **From:** | David Paul [dpaul@leaderberkon.com] |
| **Sent:** | Tuesday, November 25, 2008 1:15 PM |
| **To:** | chayarochel@speakeasy.net |
| **Cc:** | Ryan M. Kelly |
| **Subject:** | RE: GM SIGN INC. v. FINISH THOMPSON INC. |
| **Attachments:** | 68901 Proposed Order 11.25.08 (LB011775).PDF |

Attached is a copy of the proposed order filed with the court electronically today.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** David Paul
**Sent:** Tuesday, November 25, 2008 12:58 PM
**To:** 'chayarochel@speakeasy.net'
**Cc:** 'Ryan M. Kelly'
**Subject:** RE: GM SIGN INC. v. FINISH THOMPSON INC.

Caroline – attached is a copy of the authorization for release of telephone records for the phone carriers used by Business to Business Solutions.  Since there were 4 carriers during the time period at issue, please sign 4  copies of this document and send them to me.  As I said on the phone, I will make sure you get a copy of the final order that gets filed today.  Thank you for your cooperation.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

11/10/2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
────────────────────────────────────── X

G. M. SIGN, INC., an Illinois corporation,          :
individually and as the representative of a class of  :
similarly-situated persons,                          :        **PROPOSED ORDER**
                                                     :
                              Plaintiff,             :
                                                     :        **08 MISC 00553 (KAM)**
                 v.                                  :
                                                     :        **[Case No. 07 C 5953**
FINISH THOMPSON, INC.,                               :        **Pending in U.S. District Court**
                                                     :            **for the Northern District of Illinois]**
                              Defendant.             :
────────────────────────────────────── X

This matter having come before this Court on Plaintiff's motion to compel by order to show cause submitted November 18, 2008 along with the affidavit of David A. Paul, Esq., sworn to on November 18, 2008, and annexed exhibits in support thereof, and this matter having been heard by this Court on November 24, 2008, and resolved by agreement between Plaintiff's counsel and Caroline Abraham, IT IS HEREBY:

ORDERED that Caroline Abraham will provide the following information and documents to Plaintiff's counsel no later than 5:00 p.m. Tuesday December 9, 2008:

1) All telephone numbers used to send out faxes on behalf of Business to Business Solutions during the time period 2002 to 2006 and any associated billing records in her possession; additionally, Abraham will sign an authorization to release telephone records from all phone carriers used by Business to Business Solutions during the same time period as well as any records relating to the telephone numbers identified;

2) The name, address, and telephone number of Martha Escobar's printing business in Baldwin Hills, California;

3) The address of the "Rutland location" where Business to Business' computers were stored;

4) The address of the "Wilshire Blvd. location" where Business to Business' computers were stored;

5) The last known address and email address for Ron Hillard;

6) The last known address, phone number, and email address for Kevin Wilson;

7) The email address for Christina Page; and

8) The phone number of Kevin Wilson's parents' house.

_____
**HON. KIYO A. MATSUMOTO, USDJ**

Dated: _____ day of _____, 2008

**Caroline Abraham**

| | |
|---|---|
| **From:** | Ryan M. Kelly [rkelly@andersonwanca.com] |
| **Sent:** | Tuesday, November 25, 2008 3:36 PM |
| **To:** | Caroline Abraham |
| **Subject:** | RE: CE Design v. C&T Pizza |

Your deposition is confirmed for 12/28 at 1:00 pm at the same location:

Diamond Reporting
16 Court Street, Suite 907
Brooklyn, NY 11241

Thanks for your cooperation.

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Monday, November 24, 2008 7:46 PM
**To:** Ryan M. Kelly
**Subject:** RE: CE Design v. C&T Pizza

I believe 12/28 should be ok.

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Monday, November 24, 2008 4:31 PM
**To:** Caroline Abraham
**Subject:** FW: CE Design v. C&T Pizza

12/14 is not good.  How about 12/28?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

**From:** Ryan M. Kelly
**Sent:** Monday, November 24, 2008 3:26 PM
**To:** 'Caroline Abraham'
**Subject:** CE Design v. C&T Pizza

I would like to schedule your deposition in the this case.  Are you available on December 14th at 1:00

pm at the same location?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

## Caroline Abraham

**From:** David Paul [dpaul@leaderberkon.com]

**Sent:** Monday, December 08, 2008 6:39 PM

**To:** Caroline Abraham

**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Again, thank you very much for supplying this information. It looks helpful. Do you have some time in the next two weeks to discuss these excel spreadsheets with Ryan and me? The documents themselves are helpful but it looks like we need some additional explanation in order to fully understand what they mean.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, December 07, 2008 11:51 PM
**To:** 'Ryan M. Kelly'; David Paul
**Subject:** Information requested from Caroline Abraham

December 7, 2008
Dear Mr Kelly and Mr Paul,
Attached are 12 Excel files of fax numbers plus one Word document, "InformationRequested," which explains about the Excel files and also contains the other information you requested. I am also pasting that information below. I trust this satisfies all of your requests.
Yours truly,
Caroline Abraham

Information Requested from Caroline Abraham

1.      Please see the attached Excel spreadsheets. For each case, there are one or two spreadsheets of the "delivered" fax numbers, and one or two spreadsheets of the "undelivered" fax numbers. For the Finish Thompson case and the David Hansen case, there is one spreadsheet of each. For the Cy's Crabhouse case and the C & T Pizza case, there are two of each, because two separate fax blasts were sent for each of those businesses. In both of those cases, the same list was used for both blasts, except that in the second blasts some fax numbers were "removed" based on the fax receivers from the first blasts opting for removal.

"Delivered" means that our fax sending program received a confirmation of successful receipt from the receiving fax device. It does not prove that a fax was actually printed. Many businesses, like my own and like the law firm of Anderson & Wanca, receive faxes by computer and have the options of printing twhichever faxes they want to print and of deleting faxes they do not want. It is also possible for a regular fax machine to send a receipt confirmation, but not to print anything. The fax paper might not feed properly, or the machine might store incoming faxes in memory because it is out of paper. "Undelivered" means that our fax sending program did not receive a successful receipt confirmation. This could happen for several reasons, including: the fax number is not longer in service or does not actually have a fax machine connected to it; the line is busy or there is no answer; or there is a transmission problem, perhaps due to poor line quality.

        Following is a summary of the numbers of fax numbers in each of the Excel spreadsheets, plus totals of the delivered and undelivered numbers. For each of the two cases in which two fax blasts were

sent, I have also compared the delivered lists from the two blasts and calculated the number of different fax numbers appearing on both lists. For instance. for Cy's Crabhouse, 4,258 different numbers appear on the two delivered lists. Most of those numbers appear. in fact, on both lists.

A. Finish Thompson. sent October 6-7, 2005.
   Delivered    10,840
   Undelivered   2,766
   Total        13,606

B. Cy's Crabhouse, first blast sent November 1, 2005, second sent November 9, 2005.
   Blast 1 Delivered     4,122       Blast 2 Delivered     3,173
   Blast 1 Undelivered   1,208       Blast 2 Undelivered   2,070
   Blast 1 Total         5,330       Blast 2 Total         5,243
   Total unique numbers delivered to in both blasts   4,258.

C. C & T Pizza, first blast sent May 4, 2006, second sent May 5, 2006.
   Blast 1 Delivered     1,935       Blast 2 Delivered     1,893
   Blast 1 Undelivered     830       Blast 2 Undelivered     836
   Blast 1 Total         2,765       Blast 2 Total         2,729
   Total unique numbers delivered to in both blasts   2,036.

D. David Hansen, sent July 12-13, 2006.
   Delivered     10,040
   Undelivered    4,465
   Total         14,505

2. Chicas Graphics Inc
   14334 Ramona Blvd
   Baldwin Park, CA 91706
   626-338-2228
   (This is irrelevant, since the server computer with the records was in my basement.)

3. 1070 Rutland Rd, Flr 1
   Brooklyn, NY 11212
   (This is irrelevant. since the server computer with the records was in my basement.)

4. 5657 Wilshire Blvd Ste 130
   Los Angeles. CA 90036
   (This is irrelevant. since the server computer with the records was in my basement.)

5. 7 Colby Ln
   Byfield, MA 01922
   ronhillard@macaw.ro

6. 7 Colby Ln
   Byfield. MA 01922
   978-578-5831
   kevin.wilson@speakeasy.net

7. chris_slim17@yahoo.com

11/10/2009

8. 978-499-9639

## Caroline Abraham

| | |
|---|---|
| **From:** | Caroline Abraham [chayarochel@speakeasy.net] |
| **Sent:** | Monday, December 08, 2008 7:53 PM |
| **To:** | 'David Paul' |
| **Subject:** | RE: Information requested from Caroline Abraham |

Yes, I have time to discuss those. I would prefer a Sunday or a weekday evening, but since that might be inconvenient for you, I could call you during a lunch break one day. Perhaps you could conference Ryan in at the same time? Let me know what day is good and, if possible, an hour window during which to call you. I can try for an exact time, but cannot promise.

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, December 08, 2008 6:39 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Again, thank you very much for supplying this information. It looks helpful. Do you have some time in the next two weeks to discuss these excel spreadsheets with Ryan and me? The documents themselves are helpful but it looks like we need some additional explanation in order to fully understand what they mean.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, December 07, 2008 11:51 PM
**To:** 'Ryan M. Kelly'; David Paul
**Subject:** Information requested from Caroline Abraham

December 7, 2008
Dear Mr Kelly and Mr Paul,
Attached are 12 Excel files of fax numbers plus one Word document, "InformationRequested," which explains about the Excel files and also contains the other information you requested. I am also pasting that information below. I trust this satisfies all of your requests.
Yours truly,
Caroline Abraham

Information Requested from Caroline Abraham

1.      Please see the attached Excel spreadsheets. For each case, there are one or two spreadsheets of the "delivered" fax numbers, and one or two spreadsheets of the "undelivered" fax numbers. For the Finish Thompson case and the David Hansen case, there is one spreadsheet of each. For the Cy's Crabhouse case and the C & T Pizza case, there are two of each, because two separate fax blasts were sent for each of those businesses. In both of those cases, the same list was used for both blasts, except that in the second blasts some fax numbers were "removed" based on the fax receivers from the first blasts opting for removal.
        "Delivered" means that our fax sending program received a confirmation of successful receipt from the receiving fax device. It does not prove that a fax was actually printed. Many businesses, like my own and like the law firm of Anderson & Wanca, receive faxes by computer and have the options of

printing twhichever faxes they want to print and of deleting faxes they do not want. It is also possible for a regular fax machine to send a receipt confirmation, but not to print anything. The fax paper might not feed properly, or the machine might store incoming faxes in memory because it is out of paper. "Undelivered" means that our fax sending program did not receive a successful receipt confirmation. This could happen for several reasons, including: the fax number is not longer in service or does not actually have a fax machine connected to it; the line is busy or there is no answer; or there is a transmission problem, perhaps due to poor line quality.

Following is a summary of the numbers of fax numbers in each of the Excel spreadsheets, plus totals of the delivered and undelivered numbers. For each of the two cases in which two fax blasts were sent, I have also compared the delivered lists from the two blasts and calculated the number of different fax numbers appearing on both lists. For instance, for Cy's Crabhouse, 4,258 different numbers appear on the two delivered lists. Most of those numbers appear, in fact, on both lists.

A. Finish Thompson, sent October 6-7, 2005.

| | |
|---|---|
| Delivered | 10,840 |
| Undelivered | 2,766 |
| Total | 13,606 |

B. Cy's Crabhouse, first blast sent November 1, 2005, second sent November 9, 2005.

| | | | |
|---|---|---|---|
| Blast 1 Delivered | 4,122 | Blast 2 Delivered | 3,173 |
| Blast 1 Undelivered | 1,208 | Blast 2 Undelivered | 2,070 |
| Blast 1 Total | 5,330 | Blast 2 Total | 5,243 |

Total unique numbers delivered to in both blasts  4,258.

C. C & T Pizza, first blast sent May 4, 2006, second sent May 5, 2006.

| | | | |
|---|---|---|---|
| Blast 1 Delivered | 1,935 | Blast 2 Delivered | 1,893 |
| Blast 1 Undelivered | 830 | Blast 2 Undelivered | 836 |
| Blast 1 Total | 2,765 | Blast 2 Total | 2,729 |

Total unique numbers delivered to in both blasts  2,036.

D. David Hansen, sent July 12-13, 2006.

| | |
|---|---|
| Delivered | 10,040 |
| Undelivered | 4,465 |
| Total | 14,505 |

2. Chicas Graphics Inc
14334 Ramona Blvd
Baldwin Park, CA 91706
626-338-2228
(This is irrelevant, since the server computer with the records was in my basement.)

3. 1070 Rutland Rd. Flr 1
Brooklyn, NY 11212
(This is irrelevant, since the server computer with the records was in my basement.)

4. 5657 Wilshire Blvd Ste 130
Los Angeles, CA 90036
(This is irrelevant, since the server computer with the records was in my basement.)

5. 7 Colby Ln
Byfield, MA 01922

ronhillard@macaw.ro

6. 7 Colby Ln
Byfield. MA 01922
978-578-5831
kevin.wilson@speakeasy.net

7. chris_slim17@yahoo.com

8. 978-499-9639

## Caroline Abraham

| | |
|---|---|
| **From:** | David Paul [dpaul@leaderberkon.com] |
| **Sent:** | Monday, December 08, 2008 8:01 PM |
| **To:** | chayarochel@speakeasy.net |
| **Subject:** | Re: Information requested from Caroline Abraham |

Ok great. Thanks again for your coperation. Ryan may need to memorialize our discussions with a court reporter or even make it a short deposition to ensure that all the information can be used correctly in the case but i will speak with ryan and call you tomorrow.

---------------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** Caroline Abraham
**To:** David Paul
**Sent:** Mon Dec 08 19:52:32 2008
**Subject:** RE: Information requested from Caroline Abraham

Yes, I have time to discuss those. I would prefer a Sunday or a weekday evening, but since that might be inconvenient for you, I could call you during a lunch break one day. Perhaps you could conference Ryan in at the same time? Let me know what day is good and, if possible, an hour window during which to call you. I can try for an exact time, but cannot promise.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, December 08, 2008 6:39 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Again. thank you very much for supplying this information. It looks helpful. Do you have some time in the next two weeks to discuss these excel spreadsheets with Ryan and me? The documents themselves are helpful but it looks like we need some additional explanation in order to fully understand what they mean.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, December 07, 2008 11:51 PM
**To:** 'Ryan M. Kelly'; David Paul
**Subject:** Information requested from Caroline Abraham

December 7, 2008
Dear Mr Kelly and Mr Paul,
Attached are 12 Excel files of fax numbers plus one Word document, "InformationRequested," which explains about the Excel files and also contains the other information you requested. I am also pasting that information below. I trust this satisfies all of your requests.
Yours truly,
Caroline Abraham

Information Requested from Caroline Abraham

1.    Please see the attached Excel spreadsheets.  For each case, there are one or two spreadsheets of the "delivered" fax numbers, and one or two spreadsheets of the "undelivered" fax numbers.  For the Finish Thompson case and the David Hansen case, there is one spreadsheet of each.  For the Cy's Crabhouse case and the C & T Pizza case, there are two of each, because two separate fax blasts were sent for each of those businesses.  In both of those cases, the same list was used for both blasts, except that in the second blasts some fax numbers were "removed" based on the fax receivers from the first blasts opting for removal.

       "Delivered" means that our fax sending program received a confirmation of successful receipt from the receiving fax device.  It does not prove that a fax was actually printed.  Many businesses, like my own and like the law firm of Anderson & Wanca, receive faxes by computer and have the options of printing twhichever faxes they want to print and of deleting faxes they do not want.  It is also possible for a regular fax machine to send a receipt confirmation, but not to print anything.  The fax paper might not feed properly, or the machine might store incoming faxes in memory because it is out of paper.  "Undelivered" means that our fax sending program did not receive a successful receipt confirmation.  This could happen for several reasons, including:  the fax number is not longer in service or does not actually have a fax machine connected to it; the line is busy or there is no answer; or there is a transmission problem, perhaps due to poor line quality.

       Following is a summary of the numbers of fax numbers in each of the Excel spreadsheets, plus totals of the delivered and undelivered numbers.  For each of the two cases in which two fax blasts were sent, I have also compared the delivered lists from the two blasts and calculated the number of different fax numbers appearing on both lists.  For instance, for Cy's Crabhouse, 4,258 different numbers appear on the two delivered lists.  Most of those numbers appear, in fact, on both lists.

   A. Finish Thompson, sent October 6-7, 2005.
        Delivered        10,840
        Undelivered       2,766
        Total            13,606

   B. Cy's Crabhouse, first blast sent November 1, 2005, second sent November 9, 2005.
        Blast 1 Delivered      4,122      Blast 2 Delivered      3,173
        Blast 1 Undelivered    1,208      Blast 2 Undelivered    2,070
        Blast 1 Total          5,330      Blast 2 Total          5,243
        Total unique numbers delivered to in both blasts   4,258.

   C. C & T Pizza, first blast sent May 4, 2006, second sent May 5, 2006.
        Blast 1 Delivered      1,935      Blast 2 Delivered      1,893
        Blast 1 Undelivered      830      Blast 2 Undelivered      836
        Blast 1 Total          2,765      Blast 2 Total          2,729
        Total unique numbers delivered to in both blasts   2,036.

   D. David Hansen, sent July 12-13, 2006.
        Delivered        10,040
        Undelivered       4,465
        Total            14,505

2. Chicas Graphics Inc
   14334 Ramona Blvd
   Baldwin Park, CA 91706
   626-338-2228

11/10/2009

(This is irrelevant, since the server computer with the records was in my basement.)

3. 1070 Rutland Rd, Flr 1
   Brooklyn, NY 11212
   (This is irrelevant, since the server computer with the records was in my basement.)

4. 5657 Wilshire Blvd Ste 130
   Los Angeles, CA 90036
   (This is irrelevant, since the server computer with the records was in my basement.)

5. 7 Colby Ln
   Byfield, MA 01922
   ronhillard@macaw.ro

6. 7 Colby Ln
   Byfield, MA 01922
   978-578-5831
   kevin.wilson@speakeasy.net

7. chris_slim17@yahoo.com

8. 978-499-9639

## Caroline Abraham

**From:**     David Paul [dpaul@leaderberkon.com]
**Sent:**     Tuesday, December 09, 2008 12:47 PM
**To:**       Caroline Abraham
**Subject:** Sunday 12.14.08 at 1pm

Hi Caroline.  We are all set for 1pm this Sunday, December 14, 2008 at 1pm at the address below.  Thank you again for your cooperation.

Diamond Reporting
16 Court Street, Suite 907
Brooklyn, New York 11241



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

## Caroline Abraham

**From:** David Paul [dpaul@leaderberkon.com]
**Sent:** Tuesday, December 30, 2008 2:14 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline.  Please give me a call as soon as you can.  Thanks and happy holidays.---David



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Monday, December 08, 2008 7:53 PM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Yes, I have time to discuss those.  I would prefer a Sunday or a weekday evening, but since that might be inconvenient for you, I could call you during a lunch break one day.  Perhaps you could conference Ryan in at the same time?  Let me know what day is good and, if possible, an hour window during which to call you.  I can try for an exact time, but cannot promise.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, December 08, 2008 6:39 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline.  Again, thank you very much for supplying this information.  It looks helpful.  Do you have some time in the next two weeks to discuss these excel spreadsheets with Ryan and me?  The documents themselves are helpful but it looks like we need some additional explanation in order to fully understand what they mean.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, December 07, 2008 11:51 PM
**To:** 'Ryan M. Kelly'; David Paul
**Subject:** Information requested from Caroline Abraham

December 7, 2008
Dear Mr Kelly and Mr Paul,
Attached are 12 Excel files of fax numbers plus one Word document, "InformationRequested," which explains about the Excel files and also contains the other information you requested.  I am also pasting that information below.  I trust this satisfies all of your requests.
Yours truly,

11/11/2009

Caroline Abraham

Information Requested from Caroline Abraham

1.    Please see the attached Excel spreadsheets. For each case, there are one or two spreadsheets of the "delivered" fax numbers, and one or two spreadsheets of the "undelivered" fax numbers. For the Finish Thompson case and the David Hansen case, there is one spreadsheet of each. For the Cy's Crabhouse case and the C & T Pizza case, there are two of each, because two separate fax blasts were sent for each of those businesses. In both of those cases, the same list was used for both blasts, except that in the second blasts some fax numbers were "removed" based on the fax receivers from the first blasts opting for removal.

"Delivered" means that our fax sending program received a confirmation of successful receipt from the receiving fax device. It does not prove that a fax was actually printed. Many businesses, like my own and like the law firm of Anderson & Wanca, receive faxes by computer and have the options of printing twhichever faxes they want to print and of deleting faxes they do not want. It is also possible for a regular fax machine to send a receipt confirmation, but not to print anything. The fax paper might not feed properly, or the machine might store incoming faxes in memory because it is out of paper. "Undelivered" means that our fax sending program did not receive a successful receipt confirmation. This could happen for several reasons, including: the fax number is not longer in service or does not actually have a fax machine connected to it; the line is busy or there is no answer; or there is a transmission problem, perhaps due to poor line quality.

Following is a summary of the numbers of fax numbers in each of the Excel spreadsheets, plus totals of the delivered and undelivered numbers. For each of the two cases in which two fax blasts were sent, I have also compared the delivered lists from the two blasts and calculated the number of different fax numbers appearing on both lists. For instance, for Cy's Crabhouse, 4,258 different numbers appear on the two delivered lists. Most of those numbers appear, in fact, on both lists.

A. Finish Thompson, sent October 6-7, 2005.

| | |
|---|---|
| Delivered | 10,840 |
| Undelivered | 2,766 |
| Total | 13,606 |

B. Cy's Crabhouse, first blast sent November 1, 2005, second sent November 9, 2005.

| | | | |
|---|---|---|---|
| Blast 1 Delivered | 4,122 | Blast 2 Delivered | 3,173 |
| Blast 1 Undelivered | 1,208 | Blast 2 Undelivered | 2,070 |
| Blast 1 Total | 5,330 | Blast 2 Total | 5,243 |

Total unique numbers delivered to in both blasts  4,258.

C. C & T Pizza, first blast sent May 4, 2006, second sent May 5, 2006.

| | | | |
|---|---|---|---|
| Blast 1 Delivered | 1,935 | Blast 2 Delivered | 1,893 |
| Blast 1 Undelivered | 830 | Blast 2 Undelivered | 836 |
| Blast 1 Total | 2,765 | Blast 2 Total | 2,729 |

Total unique numbers delivered to in both blasts  2,036.

D. David Hansen, sent July 12-13, 2006.

| | |
|---|---|
| Delivered | 10,040 |
| Undelivered | 4,465 |
| Total | 14,505 |

2. Chicas Graphics Inc
   14334 Ramona Blvd

11/11/2009

Baldwin Park, CA 91706
626-338-2228
(This is irrelevant, since the server computer with the records was in my basement.)

3. 1070 Rutland Rd. Flr 1
   Brooklyn, NY 11212
   (This is irrelevant, since the server computer with the records was in my basement.)

4. 5657 Wilshire Blvd Ste 130
   Los Angeles, CA 90036
   (This is irrelevant, since the server computer with the records was in my basement.)

5. 7 Colby Ln
   Byfield, MA 01922
   ronhillard@macaw.ro

6. 7 Colby Ln
   Byfield, MA 01922
   978-578-5831
   kevin.wilson@speakeasy.net

7. chris_slim17@yahoo.com

8. 978-499-9639

## Caroline Abraham

| | |
|---|---|
| **From:** | Caroline Abraham [chayarochel@speakeasy.net] |
| **Sent:** | Tuesday, December 30, 2008 10:00 PM |
| **To:** | 'Ryan M. Kelly' |
| **Cc:** | 'David Paul' |
| **Subject:** | RE: |

We plan to send you the backup disk as soon as we can make a copy for ourselves.
Do not expect Joel to appear on Jan 8.
You told me that I would not be sued.
Why am I now a party in one of the suits?

---

**From:** Ryan M. Kelly [mailto:rkelly@andersonwanca.com]
**Sent:** Monday, December 29, 2008 1:36 PM
**To:** Caroline Abraham
**Subject:**

Is Joel Abraham going to appear for the deposition on Jan. 8th?  Can I contact him directly?

Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008
(847) 368-1500 ph
(847) 368-1501 fax
rkelly@andersonwanca.com

11/2/2009

## Caroline Abraham

**From:**  Caroline Abraham [chayarochel@speakeasy.net]
**Sent:**  Friday, January 02, 2009 1:58 AM
**To:**  'David Paul'
**Subject:** RE: Information requested from Caroline Abraham

Dear Mr Paul,

You seem like a good guy who is just trying to do his job, and I know your firm is not responsible for these court cases. However, since you are working with Mr Kelly's firm, and they are apparently suing me as a party in one of their cases, it is probably best that we speak directly as little as possible. I will read your emails though, so please feel free to tell me anything you have to say by email, and perhaps I will respond.

Yours truly,
Caroline Abraham

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Tuesday, December 30, 2008 2:14 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline.  Please give me a call as soon as you can.  Thanks and happy holidays.---David



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Monday, December 08, 2008 7:53 PM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Yes, I have time to discuss those.  I would prefer a Sunday or a weekday evening, but since that might be inconvenient for you, I could call you during a lunch break one day.  Perhaps you could conference Ryan in at the same time?  Let me know what day is good and, if possible, an hour window during which to call you.  I can try for an exact time, but cannot promise.

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, December 08, 2008 6:39 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline.  Again, thank you very much for supplying this information.  It looks helpful.  Do you have some time in the next two weeks to discuss these excel spreadsheets with Ryan and me?  The documents themselves are helpful but it looks like we need some additional explanation in order to fully understand what they mean.

David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400

LEADER
BERKON

F (212) 486-3099

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, December 07, 2008 11:51 PM
**To:** 'Ryan M. Kelly'; David Paul
**Subject:** Information requested from Caroline Abraham

December 7, 2008
Dear Mr Kelly and Mr Paul,
Attached are 12 Excel files of fax numbers plus one Word document, "InformationRequested," which explains about the Excel files and also contains the other information you requested. I am also pasting that information below. I trust this satisfies all of your requests.
Yours truly,
Caroline Abraham

### Information Requested from Caroline Abraham

1.      Please see the attached Excel spreadsheets. For each case, there are one or two spreadsheets of the "delivered" fax numbers, and one or two spreadsheets of the "undelivered" fax numbers. For the Finish Thompson case and the David Hansen case, there is one spreadsheet of each. For the Cy's Crabhouse case and the C & T Pizza case, there are two of each, because two separate fax blasts were sent for each of those businesses. In both of those cases, the same list was used for both blasts, except that in the second blasts some fax numbers were "removed" based on the fax receivers from the first blasts opting for removal.
        "Delivered" means that our fax sending program received a confirmation of successful receipt from the receiving fax device. It does not prove that a fax was actually printed. Many businesses, like my own and like the law firm of Anderson & Wanca, receive faxes by computer and have the options of printing twhichever faxes they want to print and of deleting faxes they do not want. It is also possible for a regular fax machine to send a receipt confirmation, but not to print anything. The fax paper might not feed properly, or the machine might store incoming faxes in memory because it is out of paper. "Undelivered" means that our fax sending program did not receive a successful receipt confirmation. This could happen for several reasons, including: the fax number is not longer in service or does not actually have a fax machine connected to it; the line is busy or there is no answer; or there is a transmission problem, perhaps due to poor line quality.
        Following is a summary of the numbers of fax numbers in each of the Excel spreadsheets, plus totals of the delivered and undelivered numbers. For each of the two cases in which two fax blasts were sent, I have also compared the delivered lists from the two blasts and calculated the number of different fax numbers appearing on both lists. For instance, for Cy's Crabhouse, 4,258 different numbers appear on the two delivered lists. Most of those numbers appear, in fact, on both lists.

A. Finish Thompson, sent October 6-7, 2005.
    Delivered     10,840
    Undelivered   2,766
    Total        13,606

B. Cy's Crabhouse, first blast sent November 1, 2005, second sent November 9, 2005.
    Blast 1 Delivered    4,122     Blast 2 Delivered    3,173
    Blast 1 Undelivered  1,208     Blast 2 Undelivered  2,070

Blast 1 Total        5,330        Blast 2 Total        5,243
Total unique numbers delivered to in both blasts   4,258.

C. C & T Pizza, first blast sent May 4, 2006, second sent May 5, 2006.
Blast 1 Delivered      1,935        Blast 2 Delivered      1,893
Blast 1 Undelivered      830        Blast 2 Undelivered      836
Blast 1 Total        2,765        Blast 2 Total        2,729
Total unique numbers delivered to in both blasts   2,036.

D. David Hansen, sent July 12-13, 2006.
Delivered        10,040
Undelivered       4,465
Total          14,505

2. Chicas Graphics Inc
14334 Ramona Blvd
Baldwin Park, CA 91706
626-338-2228
(This is irrelevant, since the server computer with the records was in my basement.)

3. 1070 Rutland Rd, Flr 1
Brooklyn, NY 11212
(This is irrelevant, since the server computer with the records was in my basement.)

4. 5657 Wilshire Blvd Ste 130
Los Angeles, CA 90036
(This is irrelevant, since the server computer with the records was in my basement.)

5. 7 Colby Ln
Byfield, MA 01922
ronhillard@macaw.ro

6. 7 Colby Ln
Byfield, MA 01922
978-578-5831
kevin.wilson@speakeasy.net

7. chris_slim17@yahoo.com

8. 978-499-9639

## Caroline Abraham

| | |
|---|---|
| **From:** | David Paul [dpaul@leaderberkon.com] |
| **Sent:** | Monday, January 05, 2009 12:54 PM |
| **To:** | Caroline Abraham |
| **Subject:** | RE: Information requested from Caroline Abraham |

When can we expect access to, or copies of, all the backup discs and the hard drive?  If you like you can have Joel bring all the backup discs and the hard drive with him to Thursday's deposition and we can copy them there.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Friday, January 02, 2009 1:58 AM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Dear Mr Paul,

You seem like a good guy who is just trying to do his job, and I know your firm is not responsible for these court cases.  However, since you are working with Mr Kelly's firm, and they are apparently suing me as a party in one of their cases, it is probably best that we speak directly as little as possible.  I will read your emails though, so please feel free to tell me anything you have to say by email, and perhaps I will respond.

Yours truly,
Caroline Abraham

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Tuesday, December 30, 2008 2:14 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline.  Please give me a call as soon as you can.  Thanks and happy holidays.---David



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Monday, December 08, 2008 7:53 PM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Yes, I have time to discuss those.  I would prefer a Sunday or a weekday evening, but since that might be

inconvenient for you, I could call you during a lunch break one day. Perhaps you could conference Ryan in at the same time? Let me know what day is good and, if possible, an hour window during which to call you. I can try for an exact time, but cannot promise.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, December 08, 2008 6:39 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Again, thank you very much for supplying this information. It looks helpful. Do you have some time in the next two weeks to discuss these excel spreadsheets with Ryan and me? The documents themselves are helpful but it looks like we need some additional explanation in order to fully understand what they mean.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, December 07, 2008 11:51 PM
**To:** 'Ryan M. Kelly'; David Paul
**Subject:** Information requested from Caroline Abraham

December 7, 2008
Dear Mr Kelly and Mr Paul,
Attached are 12 Excel files of fax numbers plus one Word document, "InformationRequested," which explains about the Excel files and also contains the other information you requested. I am also pasting that information below. I trust this satisfies all of your requests.
Yours truly,
Caroline Abraham

Information Requested from Caroline Abraham

1.      Please see the attached Excel spreadsheets. For each case, there are one or two spreadsheets of the "delivered" fax numbers, and one or two spreadsheets of the "undelivered" fax numbers. For the Finish Thompson case and the David Hansen case, there is one spreadsheet of each. For the Cy's Crabhouse case and the C & T Pizza case, there are two of each, because two separate fax blasts were sent for each of those businesses. In both of those cases, the same list was used for both blasts, except that in the second blasts some fax numbers were "removed" based on the fax receivers from the first blasts opting for removal.

"Delivered" means that our fax sending program received a confirmation of successful receipt from the receiving fax device. It does not prove that a fax was actually printed. Many businesses, like my own and like the law firm of Anderson & Wanca, receive faxes by computer and have the options of printing twhichever faxes they want to print and of deleting faxes they do not want. It is also possible for a regular fax machine to send a receipt confirmation, but not to print anything. The fax paper might not feed properly, or the machine might store incoming faxes in memory because it is out of paper. "Undelivered" means that our fax sending program did not receive a successful receipt confirmation. This could happen for several reasons, including: the fax number is not longer in service or does not actually have a fax machine connected to it; the line is busy or there is no answer; or there is a transmission problem, perhaps due to poor line quality.

Following is a summary of the numbers of fax numbers in each of the Excel spreadsheets, plus totals of the delivered and undelivered numbers. For each of the two cases in which two fax blasts were

sent. I have also compared the delivered lists from the two blasts and calculated the number of different fax numbers appearing on both lists. For instance. for Cy's Crabhouse, 4,258 different numbers appear on the two delivered lists. Most of those numbers appear, in fact, on both lists.

A. Finish Thompson, sent October 6-7, 2005.
   Delivered      10,840
   Undelivered    2,766
   Total          13,606

B. Cy's Crabhouse, first blast sent November 1, 2005, second sent November 9, 2005.
   Blast 1 Delivered      4,122        Blast 2 Delivered      3,173
   Blast 1 Undelivered    1,208        Blast 2 Undelivered    2,070
   Blast 1 Total          5,330        Blast 2 Total          5,243
   Total unique numbers delivered to in both blasts  4,258.

C. C & T Pizza, first blast sent May 4, 2006, second sent May 5, 2006.
   Blast 1 Delivered      1,935        Blast 2 Delivered      1,893
   Blast 1 Undelivered      830        Blast 2 Undelivered      836
   Blast 1 Total          2,765        Blast 2 Total          2,729
   Total unique numbers delivered to in both blasts  2,036.

D. David Hansen, sent July 12-13, 2006.
   Delivered      10,040
   Undelivered    4,465
   Total          14,505

2. Chicas Graphics Inc
   14334 Ramona Blvd
   Baldwin Park, CA 91706
   626-338-2228
   (This is irrelevant, since the server computer with the records was in my basement.)

3. 1070 Rutland Rd. Flr 1
   Brooklyn, NY 11212
   (This is irrelevant, since the server computer with the records was in my basement.)

4. 5657 Wilshire Blvd Ste 130
   Los Angeles. CA 90036
   (This is irrelevant, since the server computer with the records was in my basement.)

5. 7 Colby Ln
   Byfield, MA 01922
   ronhillard@macaw.ro

6. 7 Colby Ln
   Byfield, MA 01922
   978-578-5831
   kevin.wilson@speakeasy.net

7. chris_slim17@yahoo.com

11/11/2009

8. 978-499-9639

## Caroline Abraham

| | |
|---|---|
| **From:** | Caroline Abraham [chayarochel@speakeasy.net] |
| **Sent:** | Monday, January 05, 2009 11:43 PM |
| **To:** | 'David Paul' |
| **Subject:** | RE: Information requested from Caroline Abraham |

He plans to bring them with him on Thursday.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, January 05, 2009 12:54 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

When can we expect access to, or copies of, all the backup discs and the hard drive? If you like you can have Joel bring all the backup discs and the hard drive with him to Thursday's deposition and we can copy them there.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Friday, January 02, 2009 1:58 AM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Dear Mr Paul,

You seem like a good guy who is just trying to do his job, and I know your firm is not responsible for these court cases. However, since you are working with Mr Kelly's firm, and they are apparently suing me as a party in one of their cases, it is probably best that we speak directly as little as possible. I will read your emails though, so please feel free to tell me anything you have to say by email, and perhaps I will respond.

Yours truly,
Caroline Abraham

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Tuesday, December 30, 2008 2:14 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Please give me a call as soon as you can. Thanks and happy holidays.---David



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Monday, December 08, 2008 7:53 PM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Yes, I have time to discuss those. I would prefer a Sunday or a weekday evening, but since that might be inconvenient for you, I could call you during a lunch break one day. Perhaps you could conference Ryan in at the same time? Let me know what day is good and, if possible, an hour window during which to call you. I can try for an exact time, but cannot promise.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, December 08, 2008 6:39 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Again, thank you very much for supplying this information. It looks helpful. Do you have some time in the next two weeks to discuss these excel spreadsheets with Ryan and me? The documents themselves are helpful but it looks like we need some additional explanation in order to fully understand what they mean.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, December 07, 2008 11:51 PM
**To:** 'Ryan M. Kelly'; David Paul
**Subject:** Information requested from Caroline Abraham

December 7, 2008
Dear Mr Kelly and Mr Paul,
Attached are 12 Excel files of fax numbers plus one Word document, "InformationRequested," which explains about the Excel files and also contains the other information you requested. I am also pasting that information below. I trust this satisfies all of your requests.
Yours truly,
Caroline Abraham

Information Requested from Caroline Abraham

1.      Please see the attached Excel spreadsheets. For each case, there are one or two spreadsheets of the "delivered" fax numbers, and one or two spreadsheets of the "undelivered" fax numbers. For the Finish Thompson case and the David Hansen case, there is one spreadsheet of each. For the Cy's Crabhouse case and the C & T Pizza case, there are two of each, because two separate fax blasts were sent for each of those businesses. In both of those cases, the same list was used for both blasts, except that in the second blasts some fax numbers were "removed" based on the fax receivers from the first blasts opting for removal.
        "Delivered" means that our fax sending program received a confirmation of successful receipt from the receiving fax device. It does not prove that a fax was actually printed. Many businesses, like my own and like the law firm of Anderson & Wanca, receive faxes by computer and have the options of printing twhichever faxes they want to print and of deleting faxes they do not want. It is also possible for a regular fax machine to send a receipt confirmation, but not to print anything. The fax paper might not feed properly, or the machine might store incoming faxes in memory because it is out of paper.

"Undelivered" means that our fax sending program did not receive a successful receipt confirmation. This could happen for several reasons, including: the fax number is not longer in service or does not actually have a fax machine connected to it; the line is busy or there is no answer; or there is a transmission problem. perhaps due to poor line quality.

Following is a summary of the numbers of fax numbers in each of the Excel spreadsheets, plus totals of the delivered and undelivered numbers. For each of the two cases in which two fax blasts were sent, I have also compared the delivered lists from the two blasts and calculated the number of different fax numbers appearing on both lists. For instance, for Cy's Crabhouse, 4,258 different numbers appear on the two delivered lists. Most of those numbers appear. in fact, on both lists.

A. Finish Thompson, sent October 6-7, 2005.

| | |
|---|---|
| Delivered | 10.840 |
| Undelivered | 2,766 |
| Total | 13.606 |

B. Cy's Crabhouse, first blast sent November 1, 2005, second sent November 9, 2005.

| | | | |
|---|---|---|---|
| Blast 1 Delivered | 4,122 | Blast 2 Delivered | 3,173 |
| Blast 1 Undelivered | 1,208 | Blast 2 Undelivered | 2,070 |
| Blast 1 Total | 5,330 | Blast 2 Total | 5,243 |

Total unique numbers delivered to in both blasts  4,258.

C. C & T Pizza, first blast sent May 4, 2006, second sent May 5, 2006.

| | | | |
|---|---|---|---|
| Blast 1 Delivered | 1,935 | Blast 2 Delivered | 1,893 |
| Blast 1 Undelivered | 830 | Blast 2 Undelivered | 836 |
| Blast 1 Total | 2,765 | Blast 2 Total | 2,729 |

Total unique numbers delivered to in both blasts  2,036.

D. David Hansen, sent July 12-13, 2006.

| | |
|---|---|
| Delivered | 10,040 |
| Undelivered | 4,465 |
| Total | 14.505 |

2. Chicas Graphics Inc
14334 Ramona Blvd
Baldwin Park, CA 91706
626-338-2228
(This is irrelevant, since the server computer with the records was in my basement.)

3. 1070 Rutland Rd, Flr 1
Brooklyn, NY 11212
(This is irrelevant, since the server computer with the records was in my basement.)

4. 5657 Wilshire Blvd Ste 130
Los Angeles. CA 90036
(This is irrelevant, since the server computer with the records was in my basement.)

5. 7 Colby Ln
Byfield. MA 01922
ronhillard@macaw.ro

6. 7 Colby Ln

Byfield, MA 01922
978-578-5831
kevin.wilson@speakeasy.net

7. chris_slim17@yahoo.com

8. 978-499-9639

## Caroline Abraham

**From:** David Paul [dpaul@leaderberkon.com]
**Sent:** Tuesday, January 06, 2009 1:40 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

One of the other parties to the Cy's Crabhouse case tried to include you as a defendant in that action.  We challenged that motion and today we learned that we successfully defeated it.  As a result, you are not sued in that case, nor will you ever be.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Monday, January 05, 2009 11:43 PM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

He plans to bring them with him on Thursday.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, January 05, 2009 12:54 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

When can we expect access to, or copies of, all the backup discs and the hard drive?  If you like you can have Joel bring all the backup discs and the hard drive with him to Thursday's deposition and we can copy them there.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Friday, January 02, 2009 1:58 AM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Dear Mr Paul,

You seem like a good guy who is just trying to do his job, and I know your firm is not responsible for these court cases.  However, since you are working with Mr Kelly's firm, and they are apparently suing me as a party in one of their cases, it is probably best that we speak directly as little as possible.  I will read your emails though, so please feel free to tell me anything you have to say by email, and perhaps I will respond.

Yours truly,

11/11/2009

Caroline Abraham

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Tuesday, December 30, 2008 2:14 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Please give me a call as soon as you can. Thanks and happy holidays.---David



> David A. Paul, Esq.
> 630 Third Avenue
> New York, NY 10017
> P (212) 486-2400
> F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Monday, December 08, 2008 7:53 PM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Yes, I have time to discuss those. I would prefer a Sunday or a weekday evening, but since that might be inconvenient for you, I could call you during a lunch break one day. Perhaps you could conference Ryan in at the same time? Let me know what day is good and, if possible, an hour window during which to call you. I can try for an exact time, but cannot promise.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, December 08, 2008 6:39 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Again, thank you very much for supplying this information. It looks helpful. Do you have some time in the next two weeks to discuss these excel spreadsheets with Ryan and me? The documents themselves are helpful but it looks like we need some additional explanation in order to fully understand what they mean.



> David A. Paul, Esq.
> 630 Third Avenue
> New York, NY 10017
> P (212) 486-2400
> F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, December 07, 2008 11:51 PM
**To:** 'Ryan M. Kelly'; David Paul
**Subject:** Information requested from Caroline Abraham

December 7, 2008
Dear Mr Kelly and Mr Paul,
Attached are 12 Excel files of fax numbers plus one Word document, "InformationRequested," which explains about the Excel files and also contains the other information you requested. I am also pasting that information below. I trust this satisfies all of your requests.
Yours truly,
Caroline Abraham

11/11/2009

Information Requested from Caroline Abraham

1.      Please see the attached Excel spreadsheets.  For each case, there are one or two spreadsheets of the "delivered" fax numbers, and one or two spreadsheets of the "undelivered" fax numbers.  For the Finish Thompson case and the David Hansen case, there is one spreadsheet of each.  For the Cy's Crabhouse case and the C & T Pizza case, there are two of each, because two separate fax blasts were sent for each of those businesses.  In both of those cases, the same list was used for both blasts, except that in the second blasts some fax numbers were "removed" based on the fax receivers from the first blasts opting for removal.

"Delivered" means that our fax sending program received a confirmation of successful receipt from the receiving fax device.  It does not prove that a fax was actually printed.  Many businesses, like my own and like the law firm of Anderson & Wanca, receive faxes by computer and have the options of printing twhichever faxes they want to print and of deleting faxes they do not want.  It is also possible for a regular fax machine to send a receipt confirmation, but not to print anything.  The fax paper might not feed properly, or the machine might store incoming faxes in memory because it is out of paper.  "Undelivered" means that our fax sending program did not receive a successful receipt confirmation.  This could happen for several reasons, including:  the fax number is not longer in service or does not actually have a fax machine connected to it; the line is busy or there is no answer; or there is a transmission problem, perhaps due to poor line quality.

Following is a summary of the numbers of fax numbers in each of the Excel spreadsheets, plus totals of the delivered and undelivered numbers.  For each of the two cases in which two fax blasts were sent, I have also compared the delivered lists from the two blasts and calculated the number of different fax numbers appearing on both lists.  For instance, for Cy's Crabhouse, 4,258 different numbers appear on the two delivered lists.  Most of those numbers appear, in fact, on both lists.

A. Finish Thompson, sent October 6-7, 2005.
    Delivered        10,840
    Undelivered       2,766
    Total            13,606

B. Cy's Crabhouse, first blast sent November 1, 2005, second sent November 9, 2005.
    Blast 1 Delivered      4,122      Blast 2 Delivered      3,173
    Blast 1 Undelivered    1,208      Blast 2 Undelivered    2,070
    Blast 1 Total          5,330      Blast 2 Total          5,243
    Total unique numbers delivered to in both blasts  4,258.

C. C & T Pizza, first blast sent May 4, 2006, second sent May 5, 2006.
    Blast 1 Delivered      1,935      Blast 2 Delivered      1,893
    Blast 1 Undelivered      830      Blast 2 Undelivered      836
    Blast 1 Total          2,765      Blast 2 Total          2,729
    Total unique numbers delivered to in both blasts  2,036.

D. David Hansen, sent July 12-13, 2006.
    Delivered        10,040
    Undelivered       4,465
    Total            14,505

2. Chicas Graphics Inc
   14334 Ramona Blvd
   Baldwin Park, CA 91706
   626-338-2228

(This is irrelevant, since the server computer with the records was in my basement.)

3. 1070 Rutland Rd, Flr 1
   Brooklyn, NY 11212
   (This is irrelevant, since the server computer with the records was in my basement.)

4. 5657 Wilshire Blvd Ste 130
   Los Angeles, CA 90036
   (This is irrelevant, since the server computer with the records was in my basement.)

5. 7 Colby Ln
   Byfield, MA 01922
   ronhillard@macaw.ro

6. 7 Colby Ln
   Byfield, MA 01922
   978-578-5831
   kevin.wilson@speakeasy.net

7. chris_slim17@yahoo.com

8. 978-499-9639

11/11/2009

## Caroline Abraham

| | |
|---|---|
| **From:** | Caroline Abraham [chayarochel@speakeasy.net] |
| **Sent:** | Tuesday, January 06, 2009 8:37 PM |
| **To:** | 'David Paul' |
| **Subject:** | RE: Information requested from Caroline Abraham |

I am very happy to hear that.  Thank you for the information.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Tuesday, January 06, 2009 1:40 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

One of the other parties to the Cy's Crabhouse case tried to include you as a defendant in that action.  We challenged that motion and today we learned that we successfully defeated it.  As a result, you are not sued in that case, nor will you ever be.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Monday, January 05, 2009 11:43 PM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

He plans to bring them with him on Thursday.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, January 05, 2009 12:54 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

When can we expect access to, or copies of, all the backup discs and the hard drive?  If you like you can have Joel bring all the backup discs and the hard drive with him to Thursday's deposition and we can copy them there.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Friday, January 02, 2009 1:58 AM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Dear Mr Paul,

You seem like a good guy who is just trying to do his job, and I know your firm is not responsible for these court cases. However, since you are working with Mr Kelly's firm, and they are apparently suing me as a party in one of their cases, it is probably best that we speak directly as little as possible. I will read your emails though, so please feel free to tell me anything you have to say by email, and perhaps I will respond.

Yours truly,
Caroline Abraham

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Tuesday, December 30, 2008 2:14 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Please give me a call as soon as you can. Thanks and happy holidays.---David



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Monday, December 08, 2008 7:53 PM
**To:** David Paul
**Subject:** RE: Information requested from Caroline Abraham

Yes, I have time to discuss those. I would prefer a Sunday or a weekday evening, but since that might be inconvenient for you, I could call you during a lunch break one day. Perhaps you could conference Ryan in at the same time? Let me know what day is good and, if possible, an hour window during which to call you. I can try for an exact time, but cannot promise.

---

**From:** David Paul [mailto:dpaul@leaderberkon.com]
**Sent:** Monday, December 08, 2008 6:39 PM
**To:** Caroline Abraham
**Subject:** RE: Information requested from Caroline Abraham

Hi Caroline. Again, thank you very much for supplying this information. It looks helpful. Do you have some time in the next two weeks to discuss these excel spreadsheets with Ryan and me? The documents themselves are helpful but it looks like we need some additional explanation in order to fully understand what they mean.



David A. Paul, Esq.
630 Third Avenue
New York, NY 10017
P (212) 486-2400
F (212) 486-3099

---

**From:** Caroline Abraham [mailto:chayarochel@speakeasy.net]
**Sent:** Sunday, December 07, 2008 11:51 PM
**To:** 'Ryan M. Kelly'; David Paul
**Subject:** Information requested from Caroline Abraham

December 7, 2008

11/11/2009

Dear Mr Kelly and Mr Paul,
Attached are 12 Excel files of fax numbers plus one Word document, "InformationRequested," which explains
about the Excel files and also contains the other information you requested. I am also pasting that information
below. I trust this satisfies all of your requests.
Yours truly,
Caroline Abraham

Information Requested from Caroline Abraham

1.      Please see the attached Excel spreadsheets. For each case, there are one or two spreadsheets of
the "delivered" fax numbers, and one or two spreadsheets of the "undelivered" fax numbers. For the
Finish Thompson case and the David Hansen case, there is one spreadsheet of each. For the Cy's
Crabhouse case and the C & T Pizza case, there are two of each, because two separate fax blasts were
sent for each of those businesses. In both of those cases, the same list was used for both blasts, except
that in the second blasts some fax numbers were "removed" based on the fax receivers from the first
blasts opting for removal.

        "Delivered" means that our fax sending program received a confirmation of successful receipt
from the receiving fax device. It does not prove that a fax was actually printed. Many businesses, like
my own and like the law firm of Anderson & Wanca, receive faxes by computer and have the options of
printing twhichever faxes they want to print and of deleting faxes they do not want. It is also possible
for a regular fax machine to send a receipt confirmation, but not to print anything. The fax paper might
not feed properly, or the machine might store incoming faxes in memory because it is out of paper.
"Undelivered" means that our fax sending program did not receive a successful receipt confirmation.
This could happen for several reasons, including: the fax number is not longer in service or does not
actually have a fax machine connected to it; the line is busy or there is no answer; or there is a
transmission problem, perhaps due to poor line quality.

        Following is a summary of the numbers of fax numbers in each of the Excel spreadsheets, plus
totals of the delivered and undelivered numbers. For each of the two cases in which two fax blasts were
sent, I have also compared the delivered lists from the two blasts and calculated the number of different
fax numbers appearing on both lists. For instance, for Cy's Crabhouse, 4,258 different numbers appear
on the two delivered lists. Most of those numbers appear, in fact, on both lists.

A. Finish Thompson, sent October 6-7, 2005.
   Delivered      10,840
   Undelivered     2,766
   Total          13,606

B. Cy's Crabhouse, first blast sent November 1, 2005, second sent November 9, 2005.
   Blast 1 Delivered      4,122        Blast 2 Delivered      3,173
   Blast 1 Undelivered    1,208        Blast 2 Undelivered    2,070
   Blast 1 Total          5,330        Blast 2 Total          5,243
   Total unique numbers delivered to in both blasts  4,258.

C. C & T Pizza, first blast sent May 4, 2006, second sent May 5, 2006.
   Blast 1 Delivered      1,935        Blast 2 Delivered      1,893
   Blast 1 Undelivered      830        Blast 2 Undelivered      836
   Blast 1 Total          2,765        Blast 2 Total          2,729
   Total unique numbers delivered to in both blasts  2,036.

D. David Hansen, sent July 12-13, 2006.
   Delivered      10,040
   Undelivered     4,465

Total                     14,505

2. Chicas Graphics Inc
   14334 Ramona Blvd
   Baldwin Park, CA 91706
   626-338-2228
   (This is irrelevant, since the server computer with the records was in my basement.)

3. 1070 Rutland Rd, Flr 1
   Brooklyn, NY 11212
   (This is irrelevant, since the server computer with the records was in my basement.)

4. 5657 Wilshire Blvd Ste 130
   Los Angeles, CA 90036
   (This is irrelevant, since the server computer with the records was in my basement.)

5. 7 Colby Ln
   Byfield, MA 01922
   ronhillard@macaw.ro

6. 7 Colby Ln
   Byfield, MA 01922
   978-578-5831
   kevin.wilson@speakeasy.net

7. chris_slim17@yahoo.com

8. 978-499-9639