# EXHIBIT T

[DATE]

[NAME]
[ADDRESS]
[CITY, STATE, ZIP]

    Re:   Junk Faxes

To Whom It May Concern:

    My law firm litigates class action lawsuits against companies which send junk faxes.  It is unlawful to send advertising faxes without obtaining the recipients' prior express permission or invitation.  We try to recover compensation for the recipients of junk faxes and also attempt to stop future junk faxes.

    During our investigation, we have determined that you are likely to be a member of the class.  You might not remember receiving junk faxes, but if the lawsuit is successful, you would receive compensation (up to $1,500) for each junk fax sent.

    We would like to discuss this issue with you.  Please call me at (847) 368-1500.

    Very truly yours,

    ANDERSON + WANCA

    Ryan M. Kelly

RMK

**CONFIDENTIAL**

Advertising Material