# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5456 | **DATE** | 5/4/2010 |
| **CASE TITLE** | CE Design vs. Cy's Crabhouse | | |

**DOCKET ENTRY TEXT**

Defendants' unopposed motion for removal of an exhibit from public docket and for leave to file redacted version is granted. The Clerk is directed to remove from the public docket the image corresponding to Docket No. 227-17, which is Exhibit O to defendants' motion to dismiss. Defendants have leave to file a redacted version of Exhibit O. Defendants' motion for leave to file an amended exhibit F in support of their reply memorandum is also granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|