# EXHIBIT O

RUBIN, WINSTON, DIERCKS, HARRIS & COOKE, LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW
SUITE 200
1201 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
(202) 861-0870
FAX: (202) 429-0657
www.rwdhc.com

August 12, 2009

Brian Wanca Esq.
3701 Algonquin Rd., Suite 760
Rolling Meadows, Illinois 60008

Dear Mr. Wanca,

Enclosed you will find a check in the amount of $5,000 made out to me personally that I received from you today fed ex. I have marked the check "Void".

For the record, as I have explained separately to your Associate Ryan Kelly in a telephone conversation yesterday. I regard this attempt to pay my client for their cooperation in providing you with information or documents identifying third parties that may have sent fax transmissions through Business to Business at the very least, to be of questionable propriety. I advised my client Caroline Abraham of my views in this regard when this was first proposed to me by your firm. She has never had any interest whatsoever in your proposal or any willingness to accept any funds from your firm for these purposes regardless of the amount.

During our short two minute conversation last week, I never gave you any indication that the arrangement that you proposed was acceptable to my client, nor have I indicated anything to the contrary to Mr. Kelly. Frankly, I resent the fact that you would send a check made out to me as payee in a Ramada Inn envelop unaccompanied by any cover letter explaining its precise purpose other than cryptic notation "document retrieval".

Ms Abraham will continue to provide such documents and testimony as she may be required to provide through properly served compulsory process.

Yours truly,

Eric M. Rubin

