# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5456 | **DATE** | 5/21/2010 |
| **CASE TITLE** | CE Design vs. Cy's Crab House | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file a declaration in response to Caroline Abraham's April 29, 2010 affidavit is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|