## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

CE Design Ltd.

                                    Plaintiff,

v.                                                      Case No.: 1:07−cv−05456
                                                        Honorable Matthew F. Kennelly

Cy's Crab House North, Inc., et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 29, 2010:

        MINUTE entry before Honorable Matthew F. Kennelly: Plaintiff's motion for instructions [270] is granted. The unredacted versions of the materials in question should be filed under seal, with redacted versions filed in the public record. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.