# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5456 | **DATE** | 7/6/2010 |
| **CASE TITLE** | CE Design vs. Cy's Crab House | | |

**DOCKET ENTRY TEXT**

Status hearing held. Clerk of Court is directed to strike document number 272, and remove the image from the docket. Motion to file answer is granted (278). The Clerk is directed to mail a copy of this order to Caroline Abraham, at 1601 E. 18th Street, Brooklyn, NY 11230.

■[ For further details see text below.]   Docketing to mail notices.

00:10

## STATEMENT

Caroline Abraham is granted leave to file a response to plaintiff's submission regarding use of "B2B" materials, which the Court understands has been or will be sent to Ms. Abraham. Any such submission is to be filed by no later than 7/22/10. Any motion by defendants seeking leave to file a response is to be filed by 7/9/10 and noticed for hearing no later than 7/13/10. Defendants' response regarding plaintiff's submission regarding payments to Ms. Abraham or her company is to be filed by 7/13/10; reply is to be filed by 7/20/10.

| | Courtroom Deputy Initials: | OR |
|---|---|---|