# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

CE Design Ltd.

                             Plaintiff,

v.                                                    Case No.: 1:07−cv−05456

                                                                 Honorable Matthew F. Kennelly

Cy's Crab House North, Inc., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, July 10, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: Poolman of Wisconsin's motion to intervene [282] is denied without prejudice, because movant has failed to include with its motion a copy of its proposed response to plaintiff's submission regarding the "B2B" materials, as required by Fed. R. Civ. P. 24(c). The Court notes that a written response is essential because, among other reasons, it is not a foregone conclusion that the Court will conduct an evidentiary hearing regarding the "B2B" matter. Rather, the Court may determine to decide the matter on the briefs. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.